# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3571

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | *   Appeal from the United States |
| v. | *   District Court for the Eastern |
| | *   District of Missouri. |
| Fred Ahlemeier, III | * |
| | *        [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted:  November 3, 1998

Filed:  November 20, 1998

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

This matter is before the court  pursuant to Federal Rule of Appellate Procedure 9(a), the district court having ordered pretrial detention in this criminal case.

This sixty-year-old lifetime resident of St. Louis has no criminal history.  He is now charged with one count of possession–not manufacture–of child pornography.  He also possessed an unusual and disturbing, but perhaps legal, collection of weapons, explosives and related material.  To date, his having this collection has not resulted in additional criminal charges.

Under the facts as we understand them from the papers, affidavits and other portions of the record on appeal, including a transcript of the district court proceeding, we believe that further pretrial detention is not warranted.

It may well be, however, that conditions of release designed to ensure the defendant's appearance at trial and to protect the safety of other persons and the community as a whole may be in order. Accordingly, we remand this case to the district court to consider such conditions in conjunction with an order releasing Ahlemeier from detention pending appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.